| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Luis Rafael Caceres** <br> _First Name   Middle Name   Last Name_ | Social Security number or ITIN   xxx−xx−5424 <br> EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | _First Name   Middle Name   Last Name_ | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    19−13693−SLM | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Luis Rafael Caceres

5/24/19

**By the court:** Stacey L. Meisel
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**

Official Form 318                **Order of Discharge**                page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-13693-SLM
Luis Rafael Caceres                                                       Chapter 7
            Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: May 24, 2019
                             Form ID: 318              Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2019.
db             +Luis Rafael Caceres,    34 Hill Street,    Bogota, NJ 07603-1327
518044341      +1st 2nd Mortgage Company of NJ, Inc.,    50 Sprng Street,    Cresskill, NJ 07626-2106
518044345      +Best Egg,    4315 Pickett Road,,    P.O. Box 3999,    Saint Joseph, MO 64503-0999
518044349      +Chase Bank,    P.O. Box 78420,    Phoenix, AZ 85062-8420
518044351      +Chase/Card Member Service,    P.O. Box 1423,    Charlotte, NC 28201-1423
518044352      +Citi Simplicity,    P.O. Box 70166,    Philadelphia, PA 19176-0166
518044355      +H.S.B.C. Bank,    P.O. Box 4657,    Carol Stream, IL 60197-4657
518044358      +Lyons Doughty & Veldhuis, P.C.,    136 Gaither Drive, Suite 100,    P.O. Box 1269,
                Mount Laurel, NJ 08054-7269
518044359      +Macy's,    P.O. Box 9001094,    Louisville, KY 40290-1094
518044360       Marcus by Goldman Sachs,    Goldman Sachs Bank, USA,    P.O. Box 45400,
                Salt Lake City, UT 84145-0400
518044363      +Prosper,    221 Main Street, Suite 300,    San Francisco, CA 94105-1909
518044368      +Tenaglia & Hunt, P.A.,    395 West Passaic Street, Suite 205,    Rochelle Park, NJ 07662-3016

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 24 2019 23:19:23    U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 24 2019 23:19:20     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             +EDI: ATLASACQU.COM May 25 2019 02:58:00     ATLAS ACQUISITIONS LLC,    294 Union St.,
                Attn: Avi Schild,    Hackensack, NJ 07601-4303
cr             +EDI: RMSC.COM May 25 2019 02:58:00     Synchrony Bank c/o PRA Receivables Management, LLC,
                PO BOX 41021,    Norfolk, VA 23541-1021
518044342      +EDI: AMEREXPR.COM May 25 2019 02:58:00     American Express,    P.O. Box 1270,
                Newark, NJ 07101-1270
518172631      +EDI: ATLASACQU.COM May 25 2019 02:58:00     Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
518044343       EDI: BANKAMER.COM May 25 2019 02:58:00     Bank of America,    P.O. Box 15019,
                Wilmington, DE 19886
518044344      +EDI: TSYS2.COM May 25 2019 02:58:00     Barclay Bank Card Services,    P.O. Box 8801,
                Wilmington, DE 19899-8801
518044346      +EDI: PHINGENESIS May 25 2019 02:58:00     C.B. Indigo,    P.O. Box 4499,
                Beaverton, OR 97076-4499
518044365       EDI: SEARS.COM May 25 2019 02:58:00     Sears,    P.O. Box 183082,    Columbus, OH 43218
518044347      +EDI: CAPITALONE.COM May 25 2019 02:58:00     Capital One Bank,    P.O. Box 30281,
                Salt Lake City, UT 84130-0281
518044350      +EDI: CHASE.COM May 25 2019 02:58:00     Chase Freedom,    P.O. Box 15123,
                Wilmington, DE 19850-5123
518044353      +EDI: RCSFNBMARIN.COM May 25 2019 02:58:00     Credit One Bank,    P.O. Box 60500,
                City of Industry, CA 91716-0500
518044354      +EDI: DISCOVER.COM May 25 2019 02:58:00     Discover Card,    P.O. Box 71084,
                Charlotte, NC 28272-1084
518044356      +EDI: RMSC.COM May 25 2019 02:58:00     J.C. Penney/Synchrony Bank,    P.O. Box 960090,
                Orlando, FL 32896-0090
518044357      +E-mail/Text: bk@lendingclub.com May 24 2019 23:19:53     Lending Club,
                71 Stevenson, Suite 300,    San Francisco, CA 94105-2985
518044361      +EDI: RMSC.COM May 25 2019 02:58:00     Old Navy/Synchrony Bank,    P.O. Box 530942,
                Atlanta, GA 30353-0942
518044362      +EDI: AGFINANCE.COM May 25 2019 02:58:00     One Main Financial,    1070 Route 46, Suite 9,
                Ledgewood, NJ 07852-9701
518044364      +EDI: SEARS.COM May 25 2019 02:58:00     Sears,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
518045541      +EDI: RMSC.COM May 25 2019 02:58:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
518044366       EDI: TDBANKNORTH.COM May 25 2019 02:58:00     T.D. Bank,    32 Chestnut Street,
                Lewiston, ME 04240
518044367      +EDI: WTRRNBANK.COM May 25 2019 02:58:00     Target Card Services,    P.O. Box 660170,
                Dallas, TX 75266-0170
518044369      +EDI: RMSC.COM May 25 2019 02:58:00     Walmart/Synchrony Bank,    P,.O. Box 965022,
                Orlando, FL 32896-5022
                                                                                          TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518044348*     +Capital One Bank,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: May 24, 2019
                              Form ID: 318             Total Noticed: 35
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2019 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.   on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,  nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.   trustee@stanzialelaw.com,  nj45@ecfcbis.com
              Frank J. Shamy   on behalf of Debtor Luis Rafael Caceres frankjshamylaw@gmail.com
              Rebecca Ann Solarz   on behalf of Creditor   Wilmington Trust, National Association, as Trustee,
               et al rsolarz@kmllawgroup.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                         TOTAL: 5
```